IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASON COBB,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., et al.,

    Defendants.

No. CV 13-01955 CRB

**ORDER OF SUA SPONTE REFERRAL AS TO WHETHER CASES ARE RELATED**

    Northern District of California Civil Local Rule 3-12(c) provides: "Whenever a Judge believes that a case pending before that Judge is related to another case, the Judge may refer the case to the Judge assigned to the earliest-filed case with a request that the Judge assigned to the earliest-filed case consider whether the cases are related."

    In reviewing the complaint (dkt. 1) and several of the motions to dismiss in this action (dkts. 21, 32, 45, 47, 49), it has come to the Court's attention that this action appears to be related to the earlier-filed case, <u>Jonathan Cobb, Sr. and Jason Cobb v. JP Morgan Chase Bank, N.A., et al.</u>, No. 12-01372-JSW.

//
//
//
//

Accordingly, pursuant to Rule 3-12(c), this action is REFERRED to the Honorable Judge Jeffrey S. White for a determination of whether this action is related to <u>Jonathan Cobb, Sr. and Jason Cobb v. JP Morgan Chase Bank, N.A., et al.</u>, No. 12-01372-JSW.

**IT IS SO ORDERED.**

Dated: June 12, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE