**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASON COBB,

    Plaintiff,

v.

JPMORGAN CHASE, et al.,

    Defendants.
    _____/

No. C 13-01955 JSW

**ORDER SETTING HEARING ON PENDING MOTIONS**

On June 21, 2013, the undersigned issued an Order relating this matter to *Cobb v. JPMorgan Chase, et al*, 12-CV-1372. In that Order, the Court stated that, once the matter was reassigned, given the number of pending motions, the Court would schedule a hearing date. The Court also stated that the briefing schedule triggered by the filing of the motions would remain unchanged.

The matter has now been formally reassigned. Accordingly, it is HEREBY ORDERED that the following motions shall be set for hearing on **Friday, August 9, 2013 at 9:00 a.m. in Courtroom 11, 450 Golden Gate Avenue, 19th Floor, San Francisco, California, 94102:**

1. Motion to Dismiss, filed by Cameron Bowman (Docket No. 21);
2. Motion to Dismiss and Motion to Quash Service, filed by the Superior Court of the State of California, the County of San Mateo, Susan Greenberg, and Eddie Estrada (Docket No. 27);
3. Motion to Dismiss, filed by JPMorgan Chase Bank, N.A. (Docket No. 32);
4. Motion to Dismiss, filed by Jeffrey Kline, Ph.D (Docket No. 37);

5. Motion to Dismiss, filed by the Count of San Mateo, erroneously sued as District Attorney's Office of San Mateo and Stephen Wagstaffe (Docket No. 39)

6. Motion to Dismiss, filed by the City of Menlo Park, Robert Jonsen, and Peter Ohtaki (Docket No. 45);

7. Motion to Dismiss filed by Jeff Kitigawa, Tarra Lappin, and Alicia Perdue (Docket No. 47);

8. Motion to Dismiss, filed by Morgan Lewis Bockius, LLP and Dennis Sinclitico (Docket No. 49);

9. Motion to Dismiss, filed by Anthony Smith (Docket No. 50);

10. Motion to Dismiss, filed by Deborah Appel (Docket No. 52); and the

11. Motion to Dismiss, filed by Amanda Freel (Docket No. 83).

If the Court finds any or all of the motions suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: June 25, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2