IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON COBB, | No. C 13-01955 JSW |
| Plaintiff, | **ORDER SETTING HEARING ON MOTIONS TO QUASH** |
| v. | |
| JPMORGAN CHASE, et al., | **(Docket Nos. 91 and 92)** |
| Defendants. | |

On June 24, 2013, Defendants B.J. Fadem and Ron Nerio filed motions to quash service, which they noticed for hearing on August 30, 2013 at 10:00 a.m., before Judge Breyer. However, on June 21, 2013, this case was reassigned to the undersigned judge. When the Court issued its Order dated June 25, 2013, setting a hearing on pending outstanding motions, it inadvertently did not include these two motions in that Order. On July 5, 2013, Plaintiff filed his opposition to both motions to quash. Neither Defendant has filed a reply. Given the number of pending motions and the reassignment, the Court shall grant Defendants additional time to file a reply, if they choose. Accordingly, Defendants may file a reply brief in support of their motions by no later than Monday July 29, 2013. The parties shall appear for a hearing on Friday, August 30, 2013 at 9:00 a.m. in Courtroom 11 of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, 19th Floor, San Francisco, California 94102.

**IT IS SO ORDERED.**

Dated: July 22, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE