IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON COBB, | No. C 13-01955 JSW |
| Plaintiff, | **ORDER RE LATE OPPOSITION TO MOTION TO DISMISS BY EDDIE ESTRADA, SUSAN GREENBERG, SUPERIOR COURT FOR SAN MATEO COUNTY** |
| v. | |
| JPMORGAN CHASE, et al., | |
| Defendants. / | **(Docket No. 104)** |

On July 3, 2013, having withdrawn their previous motion to dismiss, Defendants Eddie Estrada, Susan Greenberg, and the Superior Court for San Mateo County, filed another motion to dismiss, which they noticed for hearing on August 9, 2013. Because Plaintiff has been granted leave to electronically file his briefs in this case, under Northern District Civil Local Rule 7-3(a), his opposition brief would have been due on July 17, 2013. The Court has not received an opposition from Plaintiff. In light of the fact that Defendants filed this motion after withdrawing their previous motion, to which Plaintiff responded, the Court shall grant Plaintiff leave to file a late opposition brief. Accordingly, Plaintiff may file an opposition brief by no later than July 30, 2013. Defendants may file a reply brief by no later than August 5, 2013. The Court shall keep this matter on calendar on August 9, 2013 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: July 22, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE