IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASON COBB,

    Plaintiff,

v.

JPMORGAN CHASE, et al.,

    Defendants.

No. C 13-01955 JSW

**ORDER RE OVERSIZED BRIEFS**

On September 4, 2013, Defendants Ernest Brede, Luis Contreras, Paul Demosthenes, William Doublas, Allan Lee, Sr., Lawrence Lee, Jr., Kerry Woodhams, Paul Yamaguchi, Dan Nilges, Glen M. Watson, and Donald Maynor filed a motion to dismiss, which is noticed for a hearing on December 20, 2013. (Docket No. 158.) Defendants' motion exceeds this Court's page limitations for motions. (*See* Civil Standing Order ¶ 7.) Defendants did not seek leave to file an oversized brief. In response, Plaintiff filed an opposition brief that exceeds the Court's page limitations, and he did not seek leave to file an oversized brief. (Docket No. 175.) Because Defendants have filed their reply, and the motion is ripe, the Court shall not strike the offending briefs.

**However, all parties to this litigation are hereby placed on notice that, in the future, if they file a brief that exceeds this Court's page limitations and fail to seek leave of court to file an oversized brief, in advance of the filing deadline, the Court shall strike that brief**

//

//

1  **from the record.**

2  **IT IS SO ORDERED.**

3  Dated: October 4, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE