IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON COBB, | No. C 13-01955 JSW |
| Plaintiff, | **ORDER VACATING HEARINGS ON OCTOBER 11, 2013 AND DECEMBER 20, 2013** |
| v. | |
| JPMORGAN CHASE, et al., | |
| Defendants. | |

This matter is set hearings on October 11, 2013 and on December 20, 2013 to consider motions to dismiss. The briefing on those motions is now complete, and the Court has reviewed and considered the motions, and it finds them suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b).

Accordingly, the Court VACATES the hearings scheduled for October 11, 2013, and December 20, 2013. The motions are deemed submitted, and the Court shall issue a written ruling in due course.

**IT IS SO ORDERED.**

Dated: October 9, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE